```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case: 2:12-cr-288-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| JASON B. SCARCELLO, | |
| Defendant. | |

The parties request that the status conference in this case be continued from November 16, 2012 to January 11, 2013.  They stipulate that the time between November 16, 2012 and January 11, 2013, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

Specifically, the parties are reviewing computer evidence with an interest in negotiating a resolution without trial.

The parties stipulate and agree that the interests of justice

1

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: November 15, 2012      /s/ Matthew G. Morris
                             MATTHEW G. MORRIS
                             Assistant U.S. Attorney



DATE: November 15, 2012      /s/ Thomas A. Johnson
                             THOMAS A. JOHNSON
                             Attorney for Defendant



                                        SO ORDERED.

**Date:** **11/16/2012**

                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge

2