THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Jason P. Scarcello

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JASON P. SCARCELLO,<br><br>            Defendant | Case No.: 2:12-cr-00288 - GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date:   March 8, 2013<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for January 11, 2013 at 9:00 a.m. is continued to March 8, 2013 at 9:00 a.m. in the same courtroom.  Matthew Morris, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel. Mr. Johnson and the Assistant United States Attorney are currently trying to resolve the case.

It is further stipulated that the period from the date of this stipulation through and including March 8, 2013, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and (h)(7)(B)(iv), and Local Code T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

///

DATED:  January 8, 2013          By:     /s/  Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          JASON P. SCARCELLO

DATED:  January 8, 2013                  BENJAMIN B. WAGNER
                                          United States Attorney

                                  By:     /s/   Matthew Morris
                                          MATTHEW MORRIS
                                          Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** That the Status Conference scheduled for January 11, 2013, is continued to March 8, 2013.  It is further ORDERED that the time under the Speedy Trial Act between today's date and March 8, 2013, is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(ii) and 18 U.S.C. § 3161 (h)(7)(B)(iv), to ensure adequate time for preparation of counsel.  For the reasons set forth above, the Court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through March 8, 2013.

**Date:  1/9/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge