BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) Case: 2:12-cr-288-TLN |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE AND EXCLUDING TIME |
| | ) |
| JASON B. SCARCELLO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JASON SCARCELLO, that the status conference hearing date of May 30, 2013 be vacated, and the matter be set for status conference on August 1, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1

this order through and including August 1, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 24, 2013                    Respectfully Submitted,


                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                  by:  /s/ Matthew G. Morris
                                       MATTHEW G. MORRIS
                                       Assistant U.S. Attorney


DATED: May 24, 2013                    HEATHER E. WILLIMAS
                                       Federal Defender

                                  by:  /s/ Matthew Scoble
                                       MATTHEW SCOBLE
                                       Designated Counsel for Service
                                       Attorney for JASON SCARCELLO


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 30, 2013, status conference hearing be continued to August 1, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the August

1, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:    May 28, 2013

_____
Troy L. Nunley
United States District Judge