HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>JASON SCARCELLO,  )<br>  )<br>          Defendant.  )<br>_____  ) | NO. CR. S-12-288-TLN<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: September 26, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JASON SCARCELLO, that the status conference hearing date of August 1, 2013 be vacated, and the matter be set for status conference on September 26, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 26, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

DATED: July 26, 2013					Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender


							/s/ Matthew Scoble
							MATTHEW SCOBLE
							Designated Counsel for Service
							Attorney for JASON SCARCELLO

DATED: July 26, 2013					BENJAMIN WAGNER
							United States Attorney


							/s/ Matthew Scoble for
							MATTHEW MORRIS
							Assistant U.S. Attorney
							Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 1, 2013, status conference hearing be continued to September 26, 2013, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 26, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:     July 26, 2013

							Troy L. Nunley
							United States District Judge