1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Matthew_scoble@fd.org
5
   Attorney for Defendant
6  JASON SCARCELLO

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,     ) Case No.  2:12-cr-288 TLN
                                  )
11 |      Plaintiff,               ) STIPULATION AND ORDER CONTINUING
                                  ) STATUS CONFERENCE AND EXCLUDING
12 |      vs.                      ) TIME
                                  )
13 | JASON SCARCELLO,              ) Date:  June 12, 2014
                                  ) Time: 9:30 a.m.
14 |      Defendant.               ) Judge: Hon. Troy L. Nunley
                                  )
15 |_____ )

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for

18 Plaintiff, and MATTHEW SCOBLE, attorney for JASON SCARCELLO, that the status

19 conference hearing date of May 15, 2014 be vacated, and the matter be set for status conference

20 on June 12, 2014 at 9:30 a.m.

21       The reasons for this continuance are to allow defense counsel additional time to receive

22 and review the final expert report, to examine possible defenses and to continue investigating the

23 facts of the case.

24       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25 should be excluded from the date of signing of this order through and including June 12, 2014

26 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

27 T4 based upon continuity of counsel and defense preparation.

28 / / /

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  May 12, 2014 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ MATTHEW M. SCOBLE*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JASON SCARCELLO |
| Dated: May 12, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | */s/ Matt M. Scoble for Matt Morris*<br>MATT MORRIS<br>Assistant U.S. Attorney |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 15, 2014, status conference hearing be continued to June 12, 2014, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 12, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: May 14, 2014

_____
Troy L. Nunley
United States District Judge