HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
JASON SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:12-cr-288 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE AND EXCLUDING |
| vs. | ) | TIME |
| | ) | |
| JASON SCARCELLO, | ) | Date:  September 4, 2014 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for

Plaintiff, and MATTHEW SCOBLE, attorney for JASON SCARCELLO, that the status

conference hearing date of August 7, 2014 be vacated, and the matter be set for status conference

on September 4, 2014 at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to examine

possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

should be excluded from the date of signing of this order through and including September 4,

2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

Dated:  August 1, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


*/s/ MATTHEW M. SCOBLE*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
JASON SCARCELLO


Dated: August 1, 2014                    BENJAMIN B. WAGNER
United States Attorney

*/s/ Matt M. Scoble for Matt Morris*
MATT MORRIS
Assistant U.S. Attorney

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

August 7, 2014, status conference hearing be continued to September 4, 2014, at 9:30 a.m.

Based on the representation of defense counsel and good cause appearing there from, the Court

hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of due

diligence.  The Court finds that the ends of justice to be served by granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

time up to and including the September 4, 2014 status conference shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy

Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

defense counsel reasonable time to prepare.

Dated: August 1, 2014

Troy L. Nunley
United States District Judge