HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_scoble@fd.org

Attorney for Defendant
JASON BRYAN SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-cr-288 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESITUTION HEARING |
| vs. | Date: January 28, 2016 |
| JASON BRYAN SCARCELLO, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through  Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew M. Scoble, attorney for Jason Bryan Scarcello that the resitution hearing, currently scheduled for  January 28, 2016, be continued to April 21, 2016 at 9:30 a.m.

Defense counsel requires additional time to brief restitution issues for the Court. Counsel also requires further time to incorporate into the briefing a recent Ninth Circuit case that bears on the restitution issues.

///

///

///

///

///

Stipulation to Continue                              -1-                         *U.S. v Scarcello,* 12-cr-288 TLN

Respectfully submitted,

Dated: January 25, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant

Dated: January 25, 2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders the restitution hearing rescheduled for April 21, 2016, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through April 21, 2016.

Dated: January 25, 2016

Troy L. Nunley
United States District Judge