HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle_barbour@fd.org

Attorney for Defendant
JASON BRYAN SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON BRYAN SCARCELLO,<br><br>    Defendant. | Case No.  2:12-cr-288 TLN<br><br>STIPULATION AND ORDER TO CONTINUE RESITUTION HEARING<br><br>Date: May 26, 2016<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

　　　　IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Attorney, Rachelle Barbour, attorney for Jason Bryan Scarcello that the resitution hearing, currently scheduled for April 21, 2016, be continued to May 26, 2016 at 9:30 a.m.

　　　　Mr. Scarcello was previously represented by AFD Matthew Scoble who has transferred to a different Federal Defender office.  New defense counsel requires additional time to brief restitution issues for the Court and to consult with Mr. Scarcello, who is incarcerated at FCI Lompoc.

///

///

///

Dated: April 19, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant

Dated: April 19, 2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligen ce.

The Court orders the restitution hearing rescheduled for May 26, 2016, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through May 26, 2016.

Dated: April 20, 2016

Troy L. Nunley
United States District Judge