HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle_barbour@fd.org

Attorney for Defendant
JASON BRYAN SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:12-cr-288 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE RESITUTION HEARING |
| vs. | ) ) | Date: June 23, 2016 |
| JASON BRYAN SCARCELLO, | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendant. | ) ) ) |  |

IT IS HEREBY STIPULATED by and between Phillip Talbert, Acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Attorney, Rachelle Barbour, attorney for Jason Bryan Scarcello that the resitution hearing, currently scheduled for May 26, 2016, be continued to June 23, 2016 at 9:30 a.m.

The parties are discussing a resolution to the restitution issue.  The government must consult with the lawyers for the claimants.  Once a proposed restitution amount is determined, defense counsel must discuss the matter with Mr. Scarcello, who is incarcerated at FCI Lompoc.

///

///

///

Dated: May 18, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant

Dated: May 18, 2016

PHILLIP TALBERT
Acting United States Attorney

/s/ Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the restitution hearing rescheduled for June 23, 2016, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through June 23, 2016.

Dated: May18, 2016

Troy L. Nunley
United States District Judge