HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle_barbour@fd.org

Attorney for Defendant
JASON BRYAN SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-cr-288 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESITUTION HEARING |
| vs. | Date: August 25, 2016 |
| JASON BRYAN SCARCELLO, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip Talbert, Acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Attorney, Rachelle Barbour, attorney for Jason Bryan Scarcello that the resitution hearing, currently scheduled for June 23, 2016, be continued to August 25, 2016 at 9:30 a.m.

The parties are discussing a resolution to the restitution issue.  The government must consult with the lawyers for the claimants.  Once a proposed restitution amount is determined, defense counsel must discuss the matter with Mr. Scarcello, who is incarcerated at FCI Lompoc.

///

///

///

Stipulation to Continue                                          -1-                               *U.S. v Scarcello,* 12-cr-288 TLN

| | | |
|---|---|---|
| 1 | Dated: June 17, 2016 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| | | /s/ Rachelle Barbour<br>RACHELLE BARBOUR<br>Attorney for Defendant |
| | Dated: June 17, 2016 | PHILLIP TALBERT<br>Acting United States Attorney |
| | | */s/ Matthew Morris*<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the restitution hearing rescheduled for August 25, 2016, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through August 25, 2016.

Dated: June 20, 2016

_____
HON. TROY L. NUNLEY
United States District Court Judge