1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Attorney
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   rachelle_barbour@fd.org
5

6  Attorney for Defendant
   JASON BRYAN SCARCELLO
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No.  2:12-cr-288 TLN
                                    )
12             Plaintiff,           )   STIPULATION AND ORDER TO CONTINUE
                                    )   RESITUTION HEARING
13       vs.                        )
                                    )   Date: October 20, 2016
14 JASON BRYAN SCARCELLO,           )   Time: 9:30 a.m.
                                    )   Judge: Hon. Troy L. Nunley
15             Defendant.           )
                                    )
16 _____  )

17       IT IS HEREBY STIPULATED by and between Phillip Talbert, Acting U.S. Attorney,

18 through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather

19 Williams, Federal Defender, through Attorney, Rachelle Barbour, attorney for Jason Bryan

20 Scarcello that the resititution hearing, currently scheduled for August 25, 2016, be continued to

21 October 20, 2016 at 9:30 a.m.

22       The parties are discussing a resolution to the restitution issue.  The government must

23 consult with the lawyers for the claimants.  Once a proposed restitution amount is determined,

24 defense counsel must discuss the matter with Mr. Scarcello, who is incarcerated at FCI Lompoc.

25 ///

26 ///

27 ///

28

Stipulation to Continue                  -1-                    *U.S. v Scarcello,* 12-cr-288 TLN

1 | Dated: August 22, 2016
2 |
3 |
4 |
5 | Dated: August 22, 2016
6 |
7 |
8 |
9 |

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant

PHILLIP TALBERT
Acting United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the restitution hearing rescheduled for October 20, 2016, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through October 20, 2016.

Dated: August 22, 2016

Troy L. Nunley
United States District Judge