HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle_barbour@fd.org

Attorney for Defendant
JASON BRYAN SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:12-cr-288 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESITUTION HEARING |
| vs. | Date: December 15, 2016 |
| JASON BRYAN SCARCELLO, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip Talbert, Acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Attorney, Rachelle Barbour, attorney for Jason Bryan Scarcello that the resitituion hearing, currently scheduled for October 20, 2016, be continued to December 15, 2016 at 9:30 a.m.

The parties are discussing a resolution to the restitution issue.  The government must consult with the lawyers for the claimants.  Once a proposed restitution amount is determined, defense counsel must discuss the matter with Mr. Scarcello, who is incarcerated at FCI Lompoc.

///

///

///

| | |
|---|---|
| Dated: October 18, 2016 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Rachelle Barbour<br>RACHELLE BARBOUR<br>Attorney for Defendant |
| Dated: October 18, 2016 | PHILLIP TALBERT<br>Acting United States Attorney<br><br>*/s/ Matthew Morris*<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the restitution hearing rescheduled for December 15, 2016, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through December 15, 2016.

Dated:  October 18, 2016

_____
Troy L. Nunley
United States District Judge