HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle_barbour@fd.org

Attorney for Defendant
JASON BRYAN SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:12-cr-288 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE RESITUTION HEARING |
| vs. | ) ) | Date: May 11, 2017 |
| JASON BRYAN SCARCELLO, | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendant. | ) ) ) |  |

IT IS HEREBY STIPULATED by and between Phillip Talbert, U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Attorney, Rachelle Barbour, attorney for Jason Bryan Scarcello that the resitiution hearing, currently scheduled for March 23, 2017, be continued to May 11, 2017 at 9:30 a.m.

The parties are discussing a resolution to the restitution issue.  The government has consulted with the lawyers for the claimants and is waiting for their responses about whether they wish to proceed with restitution requests.  The claimants at Document 82-6, p. 16 ("Cindy"), Document 82-7, p. 1 ("Angela"), and Document 82-8, p. 1 ("8 kids") have withdrawn their restitution requests.

///

///

The parties are receiving updated requests from the remaining two claimants.

Dated: March 14, 2017

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant

Dated: March 14, 2017

PHILLIP TALBERT
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court orders the restitution hearing rescheduled for May 11, 2017, at 9:30 a.m.  The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through May 11, 2017.

Dated:  March 17, 2017

Troy L. Nunley
United States District Judge