| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Attorney |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | rachelle_barbour@fd.org |
| 6 | |
| 7 | Attorney for Defendant |
| | JASON BRYAN SCARCELLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-288 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | RESITUTION HEARING |
| vs. | ) | |
| | ) | Date: August 31, 2017 |
| JASON BRYAN SCARCELLO, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Attorney Rachelle Barbour, attorney for Jason Bryan Scarcello that the resitution hearing, currently scheduled for July 13, 2017, be continued to August 31, 2017 at 9:30 a.m.

//

//

The parties are discussing a resolution to the restitution issue. The government has consulted with the lawyers for the claimants. The claimants at Document 82-6, p. 16 ("Cindy"), Document 82-7, p. 1 ("Angela"), and Document 82-8, p. 1 ("8 kids") have withdrawn their restitution requests. An updated request has been received from one of the claimants, and the parties are attempting to resolve the two remaining claims.

Dated: July 6, 2017

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant

Dated: July 6, 2017

PHILLIP TALBERT
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the restitution hearing rescheduled for August 31, 2017, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through August 31, 2017.

Dated: July 6, 2017

Troy L. Nunley
United States District Judge