HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle_barbour@fd.org


Attorney for Defendant
JASON BRYAN SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JASON BRYAN SCARCELLO,  )<br>  )<br>Defendant.  )<br>  )<br>_____  ) | Case No. 2:12-cr-288 TLN<br><br>STIPULATION AND ORDER TO CONTINUE RESITUTION HEARING<br><br>Date: October 5, 2017<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Attorney Rachelle Barbour, attorney for Jason Bryan Scarcello that the resitution hearing, currently scheduled for August 31, 2017, be continued to October 5, 2017 at 9:30 a.m.

//

//

Stipulation to Continue -1- *U.S. v Scarcello,* 12-cr-288 TLN

The parties are discussing a resolution to the restitution issue. The government has consulted with the lawyers for the claimants. The parties are attempting to resolve the one remaining restitution claim.

Dated: August 29, 2017

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant

Dated: August 29, 2017

PHILLIP TALBERT
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the restitution hearing rescheduled for October 5, 2017, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through October 5, 2017.

Dated: August 29, 2017

Troy L. Nunley
United States District Judge