HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle_barbour@fd.org

Attorney for Defendant
JASON BRYAN SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-288 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) RESITUTION HEARING |
| vs. | ) |
| JASON BRYAN SCARCELLO, | ) Date: February 15, 2018 ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley ) |

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Attorney Rachelle Barbour, attorney for Jason Bryan Scarcello that the resitution hearing, currently scheduled for February 1, 2018, be continued to February 15, 2018 at 9:30 a.m.

//

//

The parties are discussing a resolution to the restitution issue. The defense has consulted with the lawyer for the remaining claimant. The parties are attempting to resolve the one remaining restitution claim and hope to submit a stipulated restitution amount to the Court.

Dated: January 29, 2018

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant

Dated: January 29, 2018

MCGREGOR SCOTT
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the restitution hearing rescheduled for February 15, 2018, at 9:30 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through February 15, 2018.

Dated: January 29, 2018

Troy L. Nunley
United States District Judge