McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-288-TLN |
| Plaintiff, | ORDER REGARDING RESTITUTION |
| v. | |
| JASON B. SCARCELLO, | |
| Defendant. | |

The government submits the attached proposed order, consistent with the parties' stipulation (ECF 124).


Dated: February 13, 2018               McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ MATTHEW G. MORRIS
                                        MATTHEW G. MORRIS
                                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

JASON B. SCARCELLO,

                Defendant.

CASE NO.  2:12-CR-288-TLN

ORDER REGARDING RESTITUTION

In light of the parties' stipulation, it is hereby ORDERED:

That defendant Jason B. Scarcello shall pay $2,000 to the individual identified as "Vicky."  The clerk of the Court will send payment to:

        Carol L. Hepburn in trust for Vicky
        2722 Eastlake Avenue E. Suite 200
        Seattle, WA 98102

IT IS SO FOUND AND ORDERED this 13th day of February, 2018.


_____
Troy L. Nunley
United States District Judge