# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Jason B. Scarcello          **Docket Number:**   2:12CR00288-01

**Name of Judicial Officer**:   United States District Judge Troy L. Nunley

**Date of Original Sentence:**   9/10/2015

**Original Offense:** 18 U.S.C. § 2252(a)(2) Receipt of Material Involving the Sexual Exploitation of Minors (Class C Felony)

**Original Sentence:** 97 months custody Bureau of Prisons; Life term of Supervised Release; $100 special assessment; Mandatory drug testing suspended; No firearms; DNA collection; Sex offender registration.

**Special Conditions:** 1) Pager/Cellular Phone Restriction; 2) Mental Health Treatment; 3) Aftercare Co-payment; 4) Search - Sex Offender; 5) No On-Line Computer Access; 6) No Contact with All Minors; 7) Computer Inspection; 8) Pornography Restriction; 9) Phone Record Disclosure; 10) Notice to Employer of Computer Restriction; 11) Sex Offender Treatment; and, 12) Pre-Approved Residence.

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   7/19/2019

**Other Court Actions:**

**2/13/2018**:   Judgment amended to set restitution at $2,000.

**7/09/2019**:   Prob 12B - Petition to Modify Conditions of Supervision submitted to Court to add special condition 13) Community Correction Center placement (120 days) upon defendant's release from custody.  The Court approved on July 11, 2019.

**12/13/2019**:   Prob 12B - Petition to Modify Conditions of Supervision submitted to Court to add special condition 14) Community Correction Center placement (180 days) upon defendant's release from custody.  The Court approved on December 13, 2019.

RE: **Jason B. Scarcello**                                  **Docket Number: 2:12CR00288-01**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

15. The defendant shall reside and participate in a residential community corrections center, San Francisco, California, for a period of up to 90 days; said placement shall commence on June 19, 2020, pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The offender is currently residing in the San Francisco Residential Re-Entry Center (RRC) and he is scheduled to be released on approximately June 19, 2020. This is will be the offender's third extension due to severe health issues and Covid-19 pandemic restrictions. Contact with Bureau of Prisons confirmed that a 90-day public law placement due to the extenuating circumstances would be accommodated. The offender also claims to understand he will be required to develop a viable release plan without further extensions being approved. The offender is estranged from his family; however, he is reportedly actively engaged in working with homeless advocate resources and is pending social security income approval. Therefore, it is recommended the Court approve the recommended modification. The offender signed a subsequent Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, on May 15, 2020, and the form is available for the Court's review.

Respectfully submitted,

*Karen Y. Lucero*

**KAREN Y. LUCERO**
**Sr. United States Probation Officer**
Telephone: (530) 224-7236

**DATED:** 5/18/2020

Reviewed by,

*Michael McFarland*

**MICHAEL K. MCFARLAND**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☐ Other

**DATED:  May 19, 2020**

_____
Troy L. Nunley
United States District Judge

CC:
United States Probation
Assistant United States Attorney: Matthew Morris
Defense Counsel: Matthew Scoble